

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2019

No. 04-19-00045-CV

**IN RE BERTETTI HEALTHCARE, INC.**
d/b/a/ Legend Oaks Healthcare and Rehabilitation - West San Antonio

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Beth Watkins, Justice

On January 24, 2019, relator filed a petition for writ of mandamus and an emergency motion for temporary relief, requesting a stay of all trial court proceedings pending resolution of the petition for writ of mandamus. Relator's request for a stay is DENIED.

It is so **ORDERED** on January 28, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-08563, styled *John Zepeda, Individually and as Administrator of the Estate of Concepcion Zepeda, Deceased and on Behalf of All Wrongful Death Beneficiaries of Concepcion Zepeda Deceased v. Bertetti Healthcare, Inc. d/b/a Legend Oaks Healthcare and Rehabilitation - West San Antonio*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Antonia Arteaga signed the orders at issue in this proceeding.